US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

ZACHARY BINCH,

        Plaintiff,

v.

PNC BANK, N.A.,

        Defendant.

Case No. 5:23-CV-00008-TJC-PRL

COMPLAINT

1. This Court has jurisdiction over this action under state law and 15 U.S.C. § 1681p.

2. This Court has jurisdiction over Defendant because Defendant is a resident of Marion County, Florida.

3. Plaintiff, a consumer, sent a written dispute on or about October 12, 2022, to Defendant, a data furnisher, disputing the completeness and/or accuracy of a tradeline by PNC Bank– account number **500304812025***, which was in consumer reports concerning Plaintiff prepared, maintained, and published to others by Defendant, and Defendant negligently and/or willfully failed to follow reasonable procedures to assure maximum accuracy of the date in consumer reports concerning Plaintiff, and investigate, delete, or modify the disputed information, and provide a response to Plaintiff within 30 days of receipt of Plaintiff's dispute.

4. Due to Defendant's conduct, Plaintiff has suffered personal and financial damages

5. Due to Defendant's conduct, Defendant is liable to Plaintiff for actual, statutory, and punitive damages, and costs under the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.*

WHEREFORE, Plaintiff prays for damages in the amount of $45,000 plus $5,000 to date, and all future costs of this suit, and such other relief the Court does deem just, equitable and proper.

STATE OF FLORIDA           )
                           )
MARION COUNTY  )

    I, ZACHARY BINCH, swear that the foregoing is a just and true statement of the amount owing by Defendant to Plaintiff, exclusive of all set-offs and just grounds of defense.

    By affixing this electronic verification, oath, or affidavit to the pleading submitted to the court and attaching my electronic signature hereon, I do hereby swear or affirm that the statements set forth in the above pleading are true and correct.

Dated: 12/20/2022

*Zachary Binch*
Zachary Binch
4775 Northwest 80th Court
Ocala, FL 34482
Email: ilfittrainerzachgd@gmail.com
PLAINTIFF (*pro se*)

## CERTIFICATE OF SERVICE

I certify or affirm that on this date I served Defendant with a courtesy copy of the foregoing Amended Complaint via electronic email and U.S.P.S. regular mail with sufficient postage thereon to Defendant's following address:

CT Corporation System
1200 South Pine Island Road
Plantation, FL 33324

Respectfully submitted,

Dated: 12/20/2022

*Zachary Binch*
ZACHARY BINCH