# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

ZACHARY BINCH,

    Plaintiff,

v.                                                                                                Case No. 5:23-cv-8-TJC-PRL

PNC BANK, N.A.,

    Defendant.

## **O R D E R**

This case is before the Court on the pro se Plaintiff Zachary Binch's Motion to Proceed In Forma Pauperis. (Doc. 3). On March 8, 2023, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 5) recommending that the Court deny Plaintiff's motion and dismiss this case. No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b). Upon de novo review of the file and for the reasons stated in the Report and Recommendation (Doc. 5), it is hereby

**ORDERED:**

    1.    The Report and Recommendation of the Magistrate Judge (Doc. 5) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Motion to Proceed In Forma Pauperis (Doc. 3) is **DENIED**. This case is **DISMISSED without prejudice**.

3. The Clerk should terminate any pending motions and deadlines and close the file.

**DONE AND ORDERED** in Jacksonville, Florida the 4th day of April, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

rmv
Copies to:

Honorable Philip R. Lammens
United States Magistrate Judge

Pro se Plaintiff

Counsel of record